IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3004 |
| vs. | ORDER |
| BAKARI HUNT, | |
| Defendant. | |

The Court's judgment with respect to the above-captioned defendant (filing 284) included an order of restitution. This was, however, erroneously included, as the Court's intent was to finally assess the amount of the defendant's restitution in conjunction with a determination as to his many co-defendants, as was done in their cases. *See* filing 506; *see also* filing 207; filing 389; filing 398; filing 441; filing 443; filing 445; filing 464. Accordingly,

IT IS ORDERED that pursuant to Fed. R. Crim. P. 36, the accompanying Amended Judgment in a Criminal Case is entered.

Dated this 10th day of August, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge